**Order entered March 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01467-CV

### CERGON, INC. D/B/A PRIMO'S BAR & GRILL AND EDWARD CERVANTES, Appellants

### V.

### CHEUNG-LOON, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-9267-G**

## ORDER

On March 6, 2014, we ordered court reporter Vielica Dobbins to provide the Court the contact information of the person she has hired to assist her in preparing the overdue record in this appeal. We further ordered Ms. Dobbins to file the record no later than March 17, 2014. To date, however, Ms. Dobbins has not complied.

We are mindful that Ms. Dobbins has previously informed us that she has been faced with "medical challenges," but the appeal cannot proceed without the record. Accordingly, we again **ORDER** Ms. Dobbins to provide the Court with the contact information of the person assisting her. This information shall be provided no later than April 1, 2014. We further

**ORDER** Ms. Dobbins to file the record no later than April 7, 2014. Our previous order that she not sit until the record is filed remains in effect.

We **DIRECT** the Clerk of the Court to send copies of this order by electronic transmission to (1) Ms. Dobbins; (2) the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court; and (3) the parties.

/s/     ELIZABETH LANG-MIERS
            JUSTICE